United States Courts
Southern District of Texas
FILED

*May 20, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | **Case No.** __**4:26-cr-295**__ |
| Plaintiff, | |
| | **COUNT ONE** |
| v. | *Receipt of a Firearm While Under Indictment for a Felony Offense* |
| **JULIAN A. POLK**, **a.k.a. "RAMBO,"** | 18 U.S.C. §§ 922(n) and 924(a)(1)(D) |
| | NMT Five Years' Imprisonment |
| | NMT $250,000 Fine |
| Defendant. | NMT Three Years' Supervised Release |
| | Class D Felony |

**FORFEITURE ALLEGATION**
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

$100 Special Assessment

**I N D I C T M E N T**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
**(Receipt of a Firearm While Under Indictment for a Felony)**

On or about March 10, 2026, in the Houston Division of the Southern District of Texas, the defendant,

**JULIAN A. POLK, a.k.a. "RAMBO,"**

who was then knowingly under indictment for a crime punishable by imprisonment for a term exceeding one year, did knowingly receive a firearm, to wit: a Romarm brand, Micro Draco model, 7.62-caliber handgun bearing serial number PMD0714618RO; and a Springfield brand, Hellcat model, nine-millimeter handgun bearing serial number BK401696, which had been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are re-alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count One of this Indictment, the defendant,

**JULIAN A. POLK, a.k.a. "RAMBO,"**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the commission of the offense, including, but not limited to: a Romarm brand, Micro Draco model, 7.62-caliber handgun bearing serial number PMD0714618RO; a Springfield brand, Hellcat model, nine-millimeter handgun bearing serial number BK401696; and any associated magazines and ammunition.

**A TRUE BILL.**

ORIGINAL SIGNATURE ON FILE

JOHN G.E. MARCK
Acting United States Attorney
Southern District of Texas

**FOREPERSON OF THE GRAND JURY**

Byron H. Black
Assistant United States Attorney
Southern District of Texas

DATED: May 20, 2026
Houston, Texas